CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Christopher A. Seabock, Esq., SBN 279640
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff, BRIAN WHITAKER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WEST VALLEY OWNER LLC, a California Limited Liability Company; MAMIAN ENTERPRISES, LLC, a California Limited Liability Company,<br><br>　　　　Defendants, | Case No.: 2:20-cv-09365-RGK-RAO<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT WEST VALLEY OWNER LLC ONLY** |

　　　Plaintiff and Defendant West Valley Owner LLC have reached a settlement in the above-captioned matter. This case remains at issue with respect to Defendant Mamian Enterprises, LLC.

Dated: May 07, 2021　　　　　　　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　　　　　　By: /s/ Amanda Seabock
　　　　　　　　　　　　　　　　　　　Amanda Seabock
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff