CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Christopher A. Seabock, Esq., SBN 279640
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

Stacey McKee Knight (CA 181027)
stacey.knight@katten.com
Janella T. Gholian (CA 258155)
janella.gholian@katten.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471
Attorneys for Defendant
West Valley Owner LLC

Sevag Nigoghosian, Esq. (SBN 224928)
LAW OFFICES OF SEVAG NIGOGHOSIAN
500 N. Central Ave., Suite 840
Glendale, CA 91203
Telephone: (818) 956-1111
Facsimile: (818) 956-1983
sevag@snlawoffices.com
Attorneys for Defendant,
Mamian Enterprises, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BRIAN WHITAKER,

     Plaintiff,

  v.

WEST VALLEY OWNER LLC, a
California Limited Liability
Company; MAMIAN
ENTERPRISES, LLC, a California
Limited Liability Company

     Defendants.

Case: 2:20-cv-09365-RGK-RAO

**JOINT STIPULATION FOR
DISMISSAL PURSUANT TO
FEDERAL RULE OF CIVIL
PROCEDURE 41(a)(1)(A)(ii)**

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS
STIPULATED by and between the parties hereto that this action may be
dismissed with prejudice as to all parties; each party to bear his/her/its own
attorneys' fees and costs. This stipulation is made as the matter has been
resolved to the satisfaction of all parties.

Dated: October 08,2021       CENTER FOR DISABILITY ACCESS

                    By:    /s/ Amanda Seabock
                         Amanda Seabock
                         Attorneys for Plaintiff

Joint Stipulation for Dismissal            Case: 2:20-cv-09365-RGK-RAO

| | | |
|---|---|---|
| Dated: October 08, 2021 | | KATTEN MUCHIN ROSENMAN LLP |
| | By: | /s/ Janella T. Gholian |
| | | Stacey McKee Knight |
| | | Janella T. Gholian |
| | | Attorneys for Defendant |
| | | West Valley Owner LLC |
| Dated: October 08, 2021 | | LAW OFFICES OF SEVAG NIGOGHOSIAN |
| | By: | /s/ Sevag Nigoghosian |
| | | Sevag Nigoghosian |
| | | Attorneys for Defendant |
| | | Mamian Enterprises, LLC |

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Janella T. Gholian, counsel for West Valley Owner LLC, and Sevag Nigoghosian counsel for Mamian Enterprises, LLC, and that I have obtained authorization to affix their electronic signature to this document.

Dated: October 08,2021          CENTER FOR DISABILITY ACCESS


                                By:     /s/ Amanda Seabock
                                        Amanda Seabock
                                        Attorneys for Plaintiff

Joint Stipulation for Dismissal                    Case: 2:20-cv-09365-RGK-RAO